Case No. 15-1801

In the United States Court of Appeals
for the Federal Circuit

NanoVapor Fuels Group, Inc., Elliott Moorhead, and Bryant Hickman
*Defendants - Appellants*

v.

Vapor Point, LLC, Keith Nathan, and Kenneth Matheson
*Plaintiffs - Appellees*

On Appeal from the United States District Court
Southern District of Texas
In Case No. 4:11-cv-04639
Honorable Judge Vanessa Gilmore

**Appellant's Unopposed Motion to Correct Caption**

William P. Ramey III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923

*Attorneys for Defendants – Appellants*

**Appellants' Unopposed Motion to Correct Caption**

Appellants NanoVapor Fuels Group, Inc., Elliott Moorhead and Bryant Hickman respectfully move the Court to correct the caption in the above-styled matter as follows:

NanoVapor Fuels Group, Inc., Elliott Moorhead and Bryant Hickman
v.
Vapor Point, LLC, Keith Nathan, and Kenneth Matheson

Appellees do not oppose this motion and will not file a Response.

Date: August 24, 2015

Respectfully submitted,

Ramey & Schwaller, LLP

/s/ William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (Telephone)
(832) 900-4941 (Facsimile)
wramey@rameyfirm.com

**Attorneys for Appellants**

# CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 26.1 OF THE FEDERAL RULES OF APPELLATE PROCEDURE

NanoVapor, Inc. (formerly NanoVapor Fuels Group, Inc.) is organized under the laws of the State of Delaware and there is no publicly held corporation that owns 10% or more of its stock.

NanoVapor 310, LLC is a limited liability company organized under the laws of the State of Texas and there is no publicly held corporation that owns 10% or more of its stock.

/s/ William P. Ramey, III

William P. Ramey, III

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for Appellees on August 21, 2015, by e-mail. Counsel for Appellees responded on August 24, 2015, and they are not opposed.

/s/ William P. Ramey, III

William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on the following counsel through the Court's ECF system this 24th day of August, 2015.

Michael D. Pegues
Jason A. Wietjes
Polsinelli PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
(214) 397-0030 Telephone
(214) 397-0033 Facsimile
mpegues@polsinelli.com
jwietjes@polsinelli.com

Attorney for Appellees

/s/ William P. Ramey, III

William P. Ramey, III

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | 2014-08-24 |
by:

☐ US mail
☐ Fax
☐ Hand
X ☐ Electronic Means
   (by email or CM/ECF)

| William P. Ramey III | | /s/ William P. Ramey III |
Name of Counsel             Signature of Counsel

Law Firm | Ramey & Schwaller, LLP |

Address | 5020 Montrose Blvd., Ste. 750 |

City, State, ZIP | Houston, Texas 77006 |

Telephone Number | 713-429-3923 |

FAX Number | 832-900-4941 |

E-mail Address | wramey@rameyfirm.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vapor Point, LLC et al.   v.   Moorhead

No. 15-1801

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Elliott Moorhead, NanoVapor Fuels Group, Inc., and Braynt Hickman certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Elliott Moorhead
NanoVapor Fuels Group, Inc.
Bryant Hickman

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

NanoVapor 310, LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

William P. Ramey III - Ramey & Schwaller, LLP

July 10, 2015                                /s/ William P. Ramey III
Date                                         Signature of counsel
                                             William P. Ramey III
                                             Printed name of counsel

Please Note: All questions must be answered
cc: _____