NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VAPOR POINT LLC, KEITH NATHAN, KENNETH MATHESON,**
*Plaintiffs-Appellees*

v.

**NANOVAPOR FUELS GROUP, INC., ELLIOTT MOORHEAD, BRYANT HICKMAN,**
*Defendants-Appellants*

---

2015-1801

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:11-cv-04639, Judge Vanessa D. Gilmore.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of NanoVapor Fuel Group, Inc.'s unopposed motion to revise the caption,

2      VAPOR POINT LLC v. NANOVAPOR FUELS GROUP, INC.

IT IS ORDERED THAT:

The motion is granted to the extent that the revised official caption and short caption are reflected above.

                                                    FOR THE COURT

                                                    /s/ Daniel E. O'Toole
                                                    Daniel E. O'Toole
                                                    Clerk of Court

s25